**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Krystal Voss_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Krystal Voss
C. Date of Delivery: 10-3-07
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Dr. Shuister
c/o Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36104

07CV873

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0000 1377 7365

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Krystal Voss_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Krystal Voss
C. Date of Delivery: 10-3-07
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Jimmy Abbott
c/o Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36104

07CV873

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0000 1377 7341

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cathy Dubose
c/o Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36104

07cv873

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Krystal Voss_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Krystal Voss
C. Date of Delivery: 10-3-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0000 1377 7372

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

)sa County Jail
ustrial Park Dr.
e, AL 36853

07cv873

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Krystal Voss_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Krystal Voss
C. Date of Delivery: 10-3-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0000 1377 7389

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540