IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DOROTHY BENTLY, as            )
Administratrix of the         )
Estate of Jerry Buckner,      )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )    3:07cv873-MHT
                              )
JIMMY ABBOTT, individually,   )
et al.,                       )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to extend time (Doc. No. 5) is granted.

DONE, this the 23rd day of October, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE