IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DOROTHY BENTLEY, as          )
Administratrix of the        )
Estate of Jerry Buckner,     )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      3:07cv873-MHT
                             )
JIMMY ABBOTT, individually,  )
et al.,                      )
                             )
    Defendants.              )
```

## ORDER

It is ORDERED that the motions to dismiss (Doc. Nos. 7 & 8) are set for submission, without oral argument, on December 7, 2007, with all briefs due by said date.

DONE, this the 27th day of November, 2007.

                     /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**