IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

Dorothy Bentley

   Plaintiff,

v.            CASE NO. 3:07-cv-873-MHT

Jimmy Abbott, et al.

   Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Dorothy Bentley_, a _Plaintiff_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

11/30/2007
Date

/s/ K. ANDERSON NELMS
(Signature)

K. Anderson Nelms
(Counsel's Name)

Dorothy Bentley
Counsel for (print names of all parties)

Address, City, State Zip Code

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I, K. Anderson Nelms, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30 day of November 20 07, to:

Bart Harmon

Gary L. Willford, Jr.


11/30/2007                                                   /s/ K. Anderson Nelms
   Date                                                            Signature