IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DOROTHY BENTLEY,

    Plaintiff,

v.      CASE NO. 3:07-cv-873-MHT

JIMMY ABBOTT, ET AL.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW TALLAPOOSA COUNTY JAIL**, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| **PLEASE NOTE THAT THE TALLAPOOSA COUNTY JAIL IS NOT A SUABLE ENTITY AND PLAINTIFF HAS CONCEDED THIS FACT | |

11/30/2007
Date

S/ BART HARMON
(Signature)

BART HARMON
(Counsel's Name)

J. Abbett, B. Jennings, C. Dubose, Tallapoosa Co. Jail
Counsel for (print names of all parties)

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
Address, City, State Zip Code
Montgomery, AL 36124
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

### CERTIFICATE OF SERVICE

I, __BART HARMON__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __30TH__ day of __NOVEMBER__ 20__07__, to:

K. ANDERSON NELMS, LAW OFFICES OF JAY LEWIS - COUNSEL FOR PLAINTIFF

11/30/2007
Date

s/Bart Harmon
Signature