IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

DOROTHY BENTLEY,

    Plaintiff,

v.                                             CASE NO. 3:07-cv-873-MHT

JIMMY ABBOTT, ET AL.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __BLAKE JENNINGS__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|   |   |
|   |   |
|   |   |

11/30/2007
Date

S/ BART HARMON
(Signature)

BART HARMON
(Counsel's Name)

J. Abbett, B. Jennings, C. Dubose, Tallapoosa Co. Jail
Counsel for (print names of all parties)

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
Address, City, State Zip Code
Montgomery, AL 36124

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, BART HARMON_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30TH____ day of NOVEMBER_____ 20 07, to:

K. ANDERSON NELMS, LAW OFFICES OF JAY LEWIS - COUNSEL FOR PLAINTIFF

11/30/2007                                          s/Bart Harmon
_____                            _____
         Date                                            Signature