**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| DOROTHY BENTLEY, as Administratrix of the Estate of JERRY BUCKNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JIMMY ABBOTT, individually, )<br>BLAKE JENNINGS, individually, )<br>DR. SHUISTER, individually, )<br>CATHY DUBOSE, individually, and )<br>TALLAPOOSA COUNTY JAIL, )<br>)<br>Defendants. ) | CASE NO.: 3:07-cv-00873-MHT-WC |

**MOTION FOR ENLARGEMENT OF TIME**

COMES NOW, the Plaintiff in the above-styled matter, and respectfully requests that this Honorable Court allow additional time in which to file a response to the Defendants' Motion to Dismiss. As grounds therefor, the Plaintiff states as follows:

1. Counsel for the Plaintiff has a jury trial beginning Monday, December 10, 2007, and has been preparing for the same. Accordingly, counsel has not had adequate time to prepare said response.

2. The Defendant will not be prejudiced in any way if the Plaintiff is allowed additional time to file a response to the Motion to Dismiss.

3. Counsel for Defendants has no objection to this motion.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff respectfully requests that this Honorable Court allow additional time within which to file a response to Defendants' Motion to Dismiss.

Respectfully submitted this the 7th day of December, 2007.

s/ANDY NELMS<br>
K. ANDERSON NELMS (NEL022)<br>
P.O. Box 5059<br>
Montgomery, AL 36103<br>
Phone: (334) 263-7733<br>
Fax: (334) 832-4390<br>
andynelms@andersonnelms.com<br>
ASB-6972-E63K

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this 7th day of December, 2007.

Bart Harmon
Gary L. Willford, Jr.
Webb & Eley, P.C.
P.O. Box 240909
Montgomery, Alabama 36124

s/ANDY NELMS<br>
K. ANDERSON NELMS (NEL022)<br>
P.O. Box 5059<br>
Montgomery, AL 36103<br>
Phone: (334) 263-7733<br>
Fax: (334) 832-4390<br>
andynelms@andersonnelms.com<br>
ASB-6972-E63K