IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DOROTHY BENTLEY, as            )
Administratrix of the          )
Estate of Jerry Buckner,       )
                               )
    Plaintiff,                 )
                               )   CIVIL ACTION NO.
    v.                         )    3:07cv873-MHT
                               )
JIMMY ABBOTT, individually,    )
et al.,                        )
                               )
    Defendants.                )
```

ORDER

It is ORDERED as follows:

(1) The motion for enlargement of time (Doc. No. 20) is granted.

(2) The motions to dismiss (Doc. Nos. 7 & 8) are reset for submission, without oral argument, on January 4, 2008, with all briefs due by said date.

DONE, this the 11th day of December, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE