IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DOROTHY BENTLEY
As Administratrix of the Estate of
JERRY BUCKNER,

Plaintiff,

v.                                  Case number: 3:07CV873MHT

JIMMY ABBOTT, individually,
BLAKE JENNINGS, individually,
DR. SCHUSTER, individually,
CATHY DUBOSE, individually, and
TALLAPOOSA COUNTY JAIL,

Defendants.
_____

NOTICE OF APPEARANCE
_____

COMES NOW, Mark Allen Treadwell, Attorney at Law, and files this Notice of Appearance as retained counsel for Dr. Robert Schuster, in the above-styled cause. In making this appearance, counsel requests the following:

1.    That attorney's name be entered on the appropriate court documents as counsel of record.

2.    That notices of trial dates, continuances, etc. be forwarded to attorney.

This the 2nd day of January 2008.

                                        s/
                                        Mark Allen Treadwell, (TRE 005)

OLIVER-TREADWELL
129 West Columbus Street
Dadeville, Alabama  36853
256 825-9296
Fax 256-825-5667

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon the following via United States District Court Middle District EMECF and United States Postal Service postage prepaid and properly addressed to:

Hon. Jay Lewis
Hon. K. Anderson Nelms
Law Offices of Jay Lewis LLC
P.O. Box 5059
Montgomery, Alabama 36103

Hon. Thomas Radney
P.O. Box 819
Alexander City, Alabama 35011

Hon. Gary L. Willford
Hon. Bart Harmon
P.O. Box 240909
Montgomery, Alabama 36124

This the 2nd day of January 2008

                s/
                Mark Allen Treadwell, (TRE 005)