IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DOROTHY BENTLEY Admin. Estate Jerry Buckner,  )
)
Plaintiff,  )
)
v.  )  CASE NO. 3:07cv873-MHT
)
DR. ROBERT SCHUSTER, ET AL,  )
)
Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW DR. ROBERT SCHUSTER, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

1/4/2008
Date

(Signature)

MARK ALLEN TREADWELL
(Counsel's Name)

DR. ROBERT SCHUSTER
Counsel for (print names of all parties)
129 WEST COLUMBUS STREET
DADEVILLE, ALABAMA 36853
Address, City, State Zip Code
256-825-9296
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, MARK ALLEN TREADWELL, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF AND US MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 4TH day of JANAURY 2008, to:

Hon. Jay Lewis & Hon. K. Anderson Nelms Law Offices of Jay Lewis LLC P.O. Box 5059 Montgomery, Alabama

Hon. Thomas Radney P.O. Box 819 Alexander City, Alabama 35011

Hon. Gary L. Willford & Hon. Bart Harmon P.O. Box 240909 Montgomery, Alabama 36124

1/4/2008
Date

[Signature]
Signature