IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DOROTHY BENTLEY, as Administratrix of the Estate of JERRY BUCKNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JIMMY ABBOTT, individually, )<br>BLAKE JENNINGS, individually, )<br>DR. SHUISTER, individually, )<br>CATHY DUBOSE, individually, and )<br>TALLAPOOSA COUNTY JAIL, )<br>)<br>Defendants. ) | CASE NO.: 3:07-cv-00873-MHT-WC |

**SECOND MOTION FOR ENLARGEMENT OF TIME**

COMES NOW, the Plaintiff in the above-styled matter, and respectfully requests that this Honorable Court allow her additional time in which to file a response to the Motion to Dismiss filed by Defendants Abbott, Jennings, and Dubose. As grounds therefor, the Plaintiff states as follows:

1. Defendants Abbott, Jennings, and Dubose filed a Motion to Dismiss on November 19, 2007. (*See* Court Document #7). In addition, Defendant Tallapoosa County Jail filed a Motion to Dismiss on November 19, 2007. (*See* Court Document #8).

2. Plaintiff filed a Motion for Enlargement of Time. This Court granted Plaintiff's Motion for Enlargement of Time allowing Plaintiff until January 4, 2008 to respond to Defendants' Motions to Dismiss. (*See* Court Document #21).

3. On December 14, 2007, Plaintiff filed her First Amended Complaint in response to Defendant Tallapoosa County Jail's Motion to Dismiss thereby releasing the Jail as a party defendant. (*See* Court Document # 22).

4. However, in the midst of the holidays, Plaintiff's counsel failed to realize there were two (2) Motions to Dismiss and inadvertently failed to respond to the Motion to Dismiss filed by Defendants Abbott, Jennings, and Dubose. (*See* Court Document #7).

5. Defendants Abbott, Jennings, and Dubose will not be prejudiced in anyway if the Plaintiff is allowed additional time to file a response to their Motion to Dismiss.

6. Counsel for Defendants Abbott Jennings, and Dubose has no objection and joins Plaintiff in this motion.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court allow her until the close of business on Monday, January 28, 2008 within which to file a response to the Motion to Dismiss of Defendants Abbott, Jennings, and Dubose.

Respectfully submitted this the 24th day of January, 2008.

| | |
|---|---|
| /s/ Gary L. Willford, Jr. | s/ANDY NELMS |
| Gary L. Willford, Jr. | K. ANDERSON NELMS (NEL022) |
| Webb & Eley, P.C. | P.O. Box 5059 |
| Montgomery, Alabama 36124 | Montgomery, AL 36103 |
| Phone: (334) 262-1850 | Phone: (334) 263-7733 |
| Fax:   (334) 262-1889 | Fax: (334) 832-4390 |
| gwillford@webbeley.com | andynelms@andersonnelms.com |
| WIL198 | ASB-6972-E63K |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this 28th day of January, 2008.

Bart Harmon
Gary L. Willford, Jr.
Webb & Eley, P.C.
P.O. Box 240909

Montgomery, Alabama 36124

                                       s/ANDY NELMS
                                       K. ANDERSON NELMS (NEL022)
                                       P.O. Box 5059
                                       Montgomery, AL 36103
                                       Phone: (334) 263-7733
                                       Fax: (334) 832-4390
                                       andynelms@andersonnelms.com
                                       ASB-6972-E63K