IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DOROTHY BENTLEY, as           )
Administratrix of the         )
Estate of Jerry Buckner,      )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     3:07cv873-MHT
                              )
JIMMY ABBOTT, individually,   )
et al.,                       )
                              )
    Defendants.               )
```

### ORDER

Pursuant to plaintiff's amended complaint (Doc. No. 22) and the statements made in plaintiff's motion for enlargement of time (Doc. No. 27), it is ORDERED that defendant Tallapoosa County Jail is dismissed.

It is further that defendant Tallapoosa County Jail's motion to dismiss (Doc. No. 8) is denied as moot.

DONE, this the 30th day of January, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE