IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DOROTHY BENTLEY, as          )
Administratrix of the        )
Estate of Jerry Buckner,     )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )     3:07cv873-MHT
                             )
JIMMY ABBOTT, individually,  )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for enlargement of time (Doc. No. 27) is granted.

DONE, this the 12th day of March, 2008.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE