IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DOROTHY BENTLEY, as Administratrix** of the Estate of **JERRY BUCKNER**,<br><br>      Plaintiff<br><br>v.<br><br>**JIMMY ABBOTT, et al.,**<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  3:07-cv-00873-MHT-WC<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW

COMES NOW Bart Harmon of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Sheriff Jimmy Abbett, Warden Blake Jennings and Nurse Cathy DuBose, the Defendants in the above-styled action. Gary L. Willford, Jr. will continue to represent Defendants Sheriff Jimmy Abbett, Warden Blake Jennings and Nurse Cathy DuBose.

WHEREFORE, Bart Harmon respectfully requests an order from this Court that releases him from representation of Defendants Sheriff Jimmy Abbett, Warden Blake Jennings and Nurse Cathy DuBose.

Respectfully submitted, this 13th day of August, 2008.

                                                 s/Bart Harmon
                                                 BART HARMON – Bar No. HAR127
                                                 GARY L. WILLFORD, JR. – Bar No. WIL198
                                                 Attorneys for Defendants
                                                 WEBB & ELEY, P.C.
                                                 7475 Halcyon Pointe Road (36117)
                                                 Post Office Box 240909

Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  gwillford@webbeley.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

| Jay Lewis, Esq.<br>K. Anderson Nelms, Esq.<br>Law Offices of Jay Lewis, LLC<br>P.O. Box 5059<br>Montgomery, AL  36103 | Counsel for  Plaintiff<br>263-7733<br>Fax 832-4390<br><br>andynelms@jaylewislaw.com |
|---|---|
| Thomas A. Radney, Esq.<br>P.O. Box 819<br>Alex City, AL  35011 | county counsel<br>256-234-2547 |

**s/Bart Harmon**
OF COUNSEL

2