IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY BENTLEY, as </br>Administratrix of the </br>Estate of Jerry Buckner, | ) </br>) </br>) </br>) | |
| Plaintiff, | ) </br>) | CIVIL ACTION NO. |
| v. | ) </br>) | 3:07cv873-MHT |
| JIMMY ABBOTT, individually, </br>et al., | ) </br>) </br>) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 35) is granted.

DONE, this the 14th day of August, 2008.

          /s/ Myron H. Thompson  
        UNITED STATES DISTRICT JUDGE