```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


DOROTHY BENTLEY, as           )
Administratrix of the         )
Estate of Jerry Buckner,      )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      3:07cv873-MHT
                              )          (WO)
JIMMY ABBOTT, individually,   )
et al.,                       )
                              )
    Defendants.               )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 41), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

It is further ORDERED that any outstanding motion is denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 2nd day of December, 2008.**

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**